JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SILVIO JAVIER PILARTE OCHOMOGO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-03513-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count One. Petitioner's counsel reports that Petitioner received a bond hearing and was granted bond. (ECF 13.) The Court therefore directs the Clerk of Court to close this case.

DATED: JULY 17, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE